IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KURT ZAMORA,

    Petitioner,

v.                                                   Civ. No. 09-328 MCA/RLP

ERASMO BRAVO, Warden, *et al.*,

    Respondents.

## ORDER

THIS MATTER comes before the Court on Petitioner's objections to the Magistrate Judge's Report and Recommendation and the Court, having conducted a *de novo* review of the record, finds that the objections are not well-taken and that the Magistrate Judge's Report and Recommendation shall be adopted by the Court.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation is adopted by the Court and this case is dismissed with prejudice.

IT IS SO ORDERED this 26th day of June, 2009.

                                                         M. CHRISTINA ARMIJO
                                                         United States District Judge